**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Juan Colin-Leon,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC d/b/a Cardenas Markets, a foreign limited liability company; Doe Cardenas Employees 1-10, Doe Individuals 1-10, and Roe Entities 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-01212<br><br>**Stipulation and Order to Dismiss With Prejudice** |

/ / /

/ / /

/ / /

314598825v.2

Case No.: 2:24-cv-01212
*Juan Colin-Leon v. Cardenas Markets, LLC d/b/a Cardenas Markets*

COME NOW, the undersigned parties of record stipulate to dismiss Plaintiff's complaint, and all pending causes of action with prejudice; each party to bear their own fees and costs.



**HENNES & HAIGHT**

/s/ Jonathan C. Pattillo, Esq.
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for Cardenas Markets, Inc.; Lamanza, LLC

/s/ Jacob S. Smith
JACOB S. SMITH, Esq.
Nevada Bar No. 10231
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

The pending Motion for Protective Order, EC No. 16, is DENIED as moot and the Clerk is kindly requested to close this Dismissed case.

Dated this  9  day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

314598825v.2